# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED AUGUST 22, 2019

### NO. 03-19-00329-CV

**Kirk Wayne McBride, Sr., Appellant**

**v.**

**Texas Board of Pardons and Paroles; David Gutierrez, Chair of the Texas Board of Pardons and Paroles; Pamela Thielke, Director of the Texas Department of Criminal Justice; and Michael Arellano, Appellees**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on April 15, 2019. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.